UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JOSEPH A. CRUM,

                              **Plaintiff,**

                                  v.                                  9:06-CV-512
                                                                         (FJS/GJD)

MARK DUPELL, ISO Staff, FCI Ray Brook;
HENRY J. SADOWSKI, Regional Counsel;
THOMAS YANDO, ISO Staff, FCI Ray Brook;
and PENA, Officer R&D Staff,

                              **Defendants.**
_____

**APPEARANCES**                                **OF COUNSEL**

**JOSEPH A. CRUM**
31353-037
FCC Forrest City, Medium
P.O. Box 3000
Forrest City, AR 72336
Plaintiff *pro se*

**OFFICE OF THE UNITED**           **BARBARA D. COTTRELL, AUSA**
**STATES ATTORNEY**
218 James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207-2924
Attorneys for Defendants

**SCULLIN, Senior Judge**

### ORDER

       In a Report-Recommendation dated September 28, 2007, Magistrate Judge DiBianco recommended that the Court grant Defendants' motion for summary judgment.  *See* Dkt. No. 22.  Plaintiff filed objections to that recommendation.  *See* Dkt. No. 23.

       Most of Plaintiff's objections have nothing to do with the merits of his claims and, in fact,

are not objections at all but statements concerning what Plaintiff considers to be the proper legal standards for evaluating a *pro se* litigant's claims. *See, generally*, *id.* The Court's review of Magistrate Judge DiBianco's Report-Recommendation demonstrates that he applied the appropriate standards and, in fact, gave Plaintiff every benefit of the doubt.

Finally, to the extent that Plaintiff requests leave to file an amended complaint to substitute the United States in place of the individual Defendants with respect to his claim under the Federal Tort Claims Act, the Court denies that request as futile for the reasons that Magistrate Judge DiBianco stated in his Report-Recommendation. Therefore, the Court hereby

**ORDERS** that Magistrate Judge DiBianco's September 28, 2007 Report-Recommendation is **ADOPTED IN ITS ENTIRETY for the reasons stated therein**; and the Court further

**ORDERS** that Defendants' motion for summary judgment is **GRANTED**; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Defendants and close this case.

**IT IS SO ORDERED.**

Dated: March 31, 2008
Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge